### MURPHY v. MURPHY.

*Real estate — equitable interest in lands for purchase-moneys advanced.*

S. advanced moneys toward the payment of the purchase-price of land conveyed to her father. *Held,* that she had an equitable interest in the land to the extent of her advances.

APPEAL by plaintiff from a judgment dismissing the complaint entered upon the report of a referee.

The action was brought in Niagara county by Daniel H. Murphy against Edward C. Murphy and Sarah C. Murphy to set aside, as fraudulent, a conveyance of land from Edward C. Murphy to the other defendant, his daughter.

*P. L. Ely,* for appellant.

*D. Millar,* for respondent.

GILBERT, J.

The head-note states the only point passed upon in the opinion. The principal question in the case was one of fact and the court refused to disturb the finding of the referee.

*Judgment affirmed.*